IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO.: 3:10-bk-7015-JAF
Estimated Time 5 Minutes
Conf. Hrg.: 11/9/10 @2:00 p.m.

AMY HANNAH MOORE

_____ Debtor

**TRUSTEE'S OBJECTION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN**

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the

Chapter 13 Plan and states:

1. Per 11 U.S.C. §521(a)(1)(B)(iv), the Debtor is required to provide the Trustee with the

payment advices from her employment for sixty (60) days preceding the filing of this petition.  The Debtor

is in violation of the Bankruptcy Rules and Code by failing to provide that information.

2. Per 11 U.S.C. §1325(b)(3), the Debtor's monthly income is higher than the  median and

pursuant to the "Statement of Current Monthly Income and Calculation of Commitment Period and

Disposable Income",  she has a disposable monthly income of $339.27.  The Debtor is not providing that

amount to the unsecured claims on a monthly basis for 60 months.

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By  */s/ Michael S. Waskiewicz*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
Michael S. Waskiewicz, Attorney for Trustee
Florida Bar #693642
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone       (904)358-6465
FAX                (904)634-0038

CERTIFICATE OF SERVICE
I hereby certify a true and correct copy of the foregoing was served by electronic transmission,
facsimile transmission and/or U.S. Mail on this 8th day of October 2010 on the following:
Amy Moore, 2333 Yard Arm Way, Fernandina, Florida 32034
Cleaveland & Adair, P.L., 1309 Saint John's Bluff Road North, Jacksonville, Florida 32225
*/s/ Michael S. Waskiewicz*